AMERICAN PETROFINA COMPANY OF TEXAS, Claimant, pro
se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER,
Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 74-CC-199—Claimant )

JOSHUA H. WEINER, M.D., Claimant, *vs.* STATE OF ILLINOIS,
DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed January 8, 1974.*

JOSHUA H. WEINER, M.D., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM. 